**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lance J Matthews,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Walgreen Co,<br><br>　　　　　　Defendant(s). | **2:23-cv-01617-MMD-MDC**<br><br>**Order Setting Hearing** |

The parties shall appear for an in-person hearing on **August 19, 2024**, at 11:00AM in Courtroom 3D on the *Motion to Withdraw as Attorney* (ECF No. 30). Plaintiff Lance J Matthews must also be present at the hearing.

IT IS SO ORDERED.

Dated this 12th day of August 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge