AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Lance J Matthews

            Plaintiff,

  v.

Walgreen Co
doing business as
Walgreens

            Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01617-MMD-MDC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant, Walgreen CO, and against Plaintiff, Lance J Matthews. Case closed.

06/12/2025
Date

DEBRA K. KEMPI
Clerk

/s/ ALZ
Deputy Clerk